FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, Plaintiff, vs. JOAQUIN LAMAS-PEREZ Defendant.

Case No.: SACR 06-104-CJC

ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on numerous personal identifiers - 35 names; seven prior deportations; undocumented alien status; unknown background, bail resources, ties to the community; lack of compliance on supervised release;

and/or

B. (x) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: continuous criminal history of convictions from 1988 to present, including assault + drug charges

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/9/11

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE